UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:24-cr-20-7 |
| v. | ) |
| | ) Judge Atchley |
| | ) |
| MATTHEW DAVENPORT | ) Magistrate Judge Dumitru |
| | ) |

## ORDER

Magistrate Judge Susan K. Lee[1] filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count 14 of the 14-count Indictment; (2) accept Defendant's guilty plea as to Count 14; (3) adjudicate the Defendant guilty of Count 14; (4) defer a decision on whether to accept the plea agreement [Doc. 69] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 75]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 75] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count 14 of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count 14 is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count 14;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

---

[1] Pursuant to SO-25-03, all pending cases assigned to U.S. Magistrate Judge Susan K. Lee were reassigned to U.S. Magistrate Judge Michael J. Dumitru.

2

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **April 17, 2025, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

s/
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**